# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ALFREDO GONZALES, | ) | 1:11-cv-00395-AWI-DLB (HC) |
| Petitioner, | ) | ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| v. | ) | |
| BRENDA CASH, | ) | [Doc. 4] |
| Respondent. | ) | |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 25, 2011, Petitioenr filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). At this stage in the proceedings, Petitioner has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Petitioner's notice of voluntary dismissal filed on March 25, 2011.

IT IS SO ORDERED.

Dated:   March 31, 2011                               _____
                                                      CHIEF UNITED STATES DISTRICT JUDGE